```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0191--CV (JWS)
                "WILLIAM A. HOWARTH SR V FRANK LUNA"

        Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4(4)
              Filed:  08/30/04
             Closed:  11/10/05

       Jurisdiction:  (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit:  (530) Habeas Corpus: General
                      28:2254
             Origin:  (1) Original Proceeding
             Demand:
         Filing fee:  Paid $5.00 on 08/30/04 receipt # 00123874
           Trial by:
```

```
Parties of Record:                         Counsel of Record:

PLF 1.1        HOWARTH, WILLIAM A. SR.         Mark D. Osterman
                                               215 Fidalgo, Suite 106
                                               Kenai, AK 99611
                                               907-283-5660
                                               FAX 907-283-5677

DEF 1.1        LUNA, FRANK                     Douglas H. Kossler
                                               Attorney General's Office
                                               310 K Street, Suite 308
                                               Anchorage, AK 99501
                                               907-269-6250
                                               FAX 907-269-6270
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0191--CV (JWS)
                  "WILLIAM A. HOWARTH SR V FRANK LUNA"

                           For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Referral Rule:  4(4)
           Filed:  08/30/04
          Closed:  11/10/05

    Jurisdiction:  (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit:  (530) Habeas Corpus: General
                   28:2254
          Origin:  (1) Original Proceeding
          Demand:
      Filing fee:  Paid $5.00 on 08/30/04 receipt # 00123874
        Trial by:
```

```
Document #   Filed     Docket text

    1 -  1  08/30/04   PLF 1 Petition for Writ of H/C per 28:2254 w/att exhs.

    2 -  1  09/07/04   JWS Order directing svc & response; clk to serve cy of pet on D.
                       Kossler; plf mot for crt appointed cnsl or notice of intent to proceed
                       w/o cnsl due 10/7/04; def has until 11/8/04 to file ans; case is
                       referred to MJ Branson per D.Ak.LMR 4(4). cc: W. Howarth w/USDCA 40, CJA
                       23, Notice of Intent to Proceed w/o Cnsl, Pro Se Handbook, D. Kossler
                       w/cy pet, MJ Branson, PSLC

    3 -  1  09/17/04   PLF 1 motion (application) for appointment of counsel w/att.

    4 -  1  09/20/04   AHB Minute Order granting motion (application) for appointment of
                       counsel (3-1); FPD to appoint cnsl; clerk to send cy of pet to FPD;
                       appointed cnsl to file amended pet/notice of no amendment by COB
                       10/25/04; respondent's answer/other responsive pleading due COB
                       11/29/04.  cc: cnsl, FPD (CJA Clerk) w/cy of pet

    5 -  1  09/30/04   PLF 1 Notice of CJA 20 appointment of Mark D. Osterman.

    6 -  1  10/14/04   DEF 1 motion for additional time (15 days) to prepare an amended
                       petition.

    7 -  1  10/18/04   AHB Order granting motion for additional time (15 days) to prepare an
                       amended petition (6-1); mot to amend/notice of no amendment due
                       11/12/04; resp[ondent's answer/other responsive pleading due 12/13/04.
                       cc: cnsl

    8 -  1  10/29/04   Plf 1  CJA appointment (replacement) of Mark Osterman.

    9 -  1  11/15/04   PLF 1 motion on shortened time to continue (for 90 days).

   10 -  1  11/18/04   AHB Minute Order that def's oppo to mot to stay (9-1) is due NOON
                       11/22/04.  cc: cnsl

   11 -  1  11/18/04   DEF 1 partial opposition to PLF 1 motion on shortened time to continue
                       (for 90 days) (9-1) w/att exh.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0191--CV (JWS)
                              "WILLIAM A. HOWARTH SR V FRANK LUNA"

                                      For all filing dates


 Document #   Filed       Docket text

     12 -  1  11/30/04    AHB Minute Order granting motion on shortened time to continue for 60
                          days.  Any mot to amend the 2254 petition shall be filed by 1/14/05.
                          Def's answer or resposive pleading is due by 2/11/05.   cc: cnsl

     13 -  1  01/18/05    PLF 1 motion to amend §2254 petition for writ of habeas corpus.

     14 -  1  01/20/05    AHB Minute Order granting motion to amend §2254 petition for writ of
                          habeas corpus (13-1); respondent's answer/other responsive pleading due
                          COB 2/16/05.  cc: cnsl

     15 -  1  01/20/05    PLF 1 Petition for Writ of H/C per 28:2254(Amended).

     16 -  1  02/14/05    DEF 1 motion for a more definite statement of Howarth's habeas claims
                          w/att exhs.

     17 -  1  03/01/05    PLF 1 Unopposed motion for extension of time of 14 days to reply to the
                          mot for more definite statement.

     18 -  1  03/03/05    AHB Order granting Unopposed motion for extension of time of 14 days to
                          reply to the motion for more definite statement (17-1).  Response is due
                          by 3/15/05.  cc: cnsl

     19 -  1  03/11/05    PLF 1 motion to stay Howarth's habeas corpus petition w/att memo & exhs.

     20 -  1  03/24/05    DEF 1 opposition to PLF 1 motion to stay Howarth's habeas corpus
                          petition  (19-1).

     21 -  1  04/13/05    AHB Order granting motion for a more definite statement of Howarth's
                          habeas claims (16-1).  Petitioner's statement is due by COB 4/29/05.
                          Upon consideration of the more definite statement, respondent shall file
                          a notice whether he still opposes the Mot to Stay at dkt 19 by the COB
                          5/6/05. If respondent continues to oppose a stay, petitioner shall file
                          a reply by COB 5/13/05.   cc: cnsl

     22 -  1  04/22/05    PLF 1 More Definite Statement of Howarth's Habeas Claims (16-1).

     23 -  1  05/06/05    DEF 1 motion for 30 day extension of time until 6/5/05 to respond to
                          Howarth's more definite statement and to respond to motion to stay in
                          light of the more definite statement on shortened time.

     24 -  1  05/09/05    AHB Order granting motion for 30 day extension of time until 6/5/05 to
                          respond to Howarth's more definite statement and to the motion to stay
                          (23-1).  Respondents reply due by 6/13/05.  cc: cnsl

     25 -  1  06/06/05    DEF 1 Unopposed motion on shortened time for additional 10 day extension
                          of time until 6/15/05 to respond to Petitioner's more definite statement
                          and to respond to motion to stay in light o fhte more definite
                          statement.

     26 -  1  06/07/05    JDR Minute Order in light of retirement of MJ Branson & at the direction
                          of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc:
                          cnsl, Judge Sedwick

     27 -  1  06/07/05    JDR Order granting unopposed motion on shortened time for an extension
                          of time to 6/15/05 to respond to petitioner's definite statment & to mot
                          to stay (25-1).  cc: cnsl


ACRS: R_VDSDX                 As of 12/01/05 at 3:19 PM by GARRY                         Page 2
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A04-0191--CV (JWS)
                                "WILLIAM A. HOWARTH SR V FRANK LUNA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 06/15/05 | DEF 1 Unopposed motion on shortened time for ext of time (to 6/22) to respond to petitioner's more definite statment & to respond to motion to stay in light of the more definite statement. |
| 29 - 1 | 06/20/05 | JDR Order granting unoppo mot for ext of time to 6/22/05) to respond to petitioner's more definite stmt & mot to stay (28-1). cc: cnsl |
| 30 - 1 | 06/22/05 | DEF 1 consolidated response to Howarth's more definite statement of habeas claims & supplemental opposition to PLF 1 motion to stay Howarth's habeas corpus petition (19-1) w/att exhs. |
| 31 - 1 | 07/26/05 | JDR Minute Order re petitioner to file a response by 8/30/05 to the respondent's consolidated response to morion definite statment of habeas claims & supplemental oppo to mot to stay habeas petition at doc #30. cc: cnsl |
| 32 - 1 | 09/08/05 | PLF 1 reply to opposition to PLF 1 motion to stay Howarth's habeas corpus petition (19-1). |
| 33 - 1 | 10/14/05 | Initial R&R re: PLF 1 motion to stay Howarth's habeas corpus petition (19-1); Recommended be denied; Objections due 10/31/05. Reply due 11/09/05. cc: cnsl, Judge Sedwick |
| 34 - 1 | 11/09/05 | JWS Order court adopts Magistrate Judge Roberts recommended findings and conslusions.  Order denying motion to stay Howarth's habeas corpus petition (19-1). The petition is DISMISSED.  cc: cnsl, MJ Roberts |
| 35 - 1 | 11/10/05 | JWS Judgment that the petition for writ of habeas corpus, 28:2254 is dismissed.  cc: cnsl, MJ Roberts, O&J 11900 |