Mark D. Osterman
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM A. HOWARTH, SR., ) | |
| ) | Case No. A04-191 CV (JWS) |
| Petitioner, ) | |
| vs. ) | |
| ) | |
| FRANK LUNA, ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF TELEPHONIC APPEARANCE

Comes now Mark Osterman counsel for the Petitioner, William A. Howarth and submits to the court this Notice Of Telephonic Appearance for the voucher hearing scheduled for the 3rd of January, 2006 at 3:30 p. m. as counsel has several documents that are time sensitive and must be replied and or responded to in accordance with court rules. Also counsel has matters to attend to in his Homer office which will make traveling to Anchorage very difficult.

Respectfully Submitted,

12/3/05

Mark D. Osterman (0211064)
Attorney for William A. Howarth