# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

WILLIAM A, HOWARTH, SR.,

      Plaintiff,

   vs.

FRANK LUNA  (Warden),

      Defendant

Case No.: A04-0191-CV  (JWS)

| | |
|---|---|
| Douglas Kossler<br>Attorney General's Office<br>Special Prosecutions & Appeals<br>310 K St. Suite 308<br>Anchorage, Alaska 99501<br>907) 269-6250 | **Mark D. Osterman**<br>**Attorney for Defendant**<br>Osterman Law Office, P.<br>215 Fidalgo Drive, Ste 106<br>Kenai, Alaska 99611<br>(907) 283-5660 |

## CERTIFICATE OF SERVICE

On December 30, 2005, I personally sent to Douglas Kossler at the address above by first class mail a copy of the NOTICE OF TELEPHONIC APPEARANCE and CERTIFICATE OF SERVICE.

Joyce Sullivan

Signed and sworn before me this 30th day of DECEMBER, 2005.



Melanie Osterman
Notary Public, Kenai Alaska
My Commission expires 4-15-08